UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Case No. 15-cv-05754-JST |
|---|---|
| Plaintiffs, | |
| v. | **SCHEDULING ORDER** |
| U.S. FISH & WILDLIFE SERVICE, et al., | |
| Defendants. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Federal defendants certify, lodge, and serve the administrative records | May 31, 2016 |
| Deadline to file any motions to supplement the administrative record for the coastal marten not warranted finding. Any such motion will be governed by Local Rule 7-11. | June 21, 2016 |
| Plaintiffs' motion for summary judgment | July 6, 2016 |
| Federal defendants' combined opposition and cross-motion for summary judgment | September 14, 2016 |
| Defendant-intervenors' combined opposition and cross-motion for summary judgment | September 14, 2016 |
| Plaintiffs' combined opposition/reply to federal defendants' motion | November 2, 2016 |

| Event | Deadline |
|---|---|
| Plaintiffs' combined opposition/reply to defendant-intervenors' motion | November 2, 2016 |
| Federal defendants' reply | December 7, 2016 |
| Intervenors' reply | December 7, 2016 |
| Hearing on the parties' motions for summary judgment | January 10, 2017 at 8:30 a.m. |

The requests of the federal defendants and the defendants-intervenors to file overlength briefs, ECF No. 35 at 9-10, are denied without prejudice. It is too early to tell whether additional pages will be needed. Before the parties make such requests in the future, they are urged to bear in mind that the defendant group as a whole will already have 50 pages of briefing available collectively even if the page limits are not extended.

Plaintiffs may, if they choose, file a single brief on November 2, 2016.

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

IT IS SO ORDERED.

Dated: March 23, 2016

_____
JON S. TIGAR
United States District Judge

2