**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE, *et al.*, <br><br> Defendants <br><br> and <br><br> SISKIYOU COUNTY *et al.*, <br><br> Defendant Intervenors | No. 3:15-cv-05754-JST |

**[PROPOSED] SCHEDULING ORDER**

Upon consideration of the Parties' Stipulated Request for an Order Modifying Scheduling Order, and finding good cause shown, the Court hereby sets the following case deadlines:

| Event | Deadline |
|---|---|
| Defendants certify, lodge, and serve the administrative record. | June 7, 2016 |
| Plaintiffs file any motions to supplement the administrative record for the coastal marten not warranted finding. | June 28, 2016 |

1

| | | |
|---|---|---|
| 1 | Plaintiffs' motion for summary judgment. | August 17, 2016 |
| 2, 3 | Defendants' combined opposition and cross-motion for summary judgment. | September 28, 2016 |
| 4, 5 | Defendant-intervenors' combined opposition and cross-motion for summary judgment. | September 28, 2016 |
| 6 | Plaintiffs' combined opposition/reply. | November 16, 2016 |
| 7 | Defendants' reply. | December 21, 2016 |
| 8 | Defendant-intervenors' reply. | December 21, 2016 |
| 9–13 | Hearing on the parties' motions for summary judgment. | ~~January 26, 2016~~ at January 26, 2017 2:00 p.m., or as soon thereafter as is convenient for the Court. |

IT IS SO ORDERED.

Dated this __31st__ day of __May__, 2016.

_/s/ Jon S. Tigar_

HONORABLE JON S. TIGAR
United States District Judge
United States District Court for the Northern District of California

2