IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE, *et al.*, <br><br> Defendants <br><br> and <br><br> SISKIYOU COUNTY, *et al.*, <br><br> Defendant Intervenors | No. 3:15-cv-05754-JST <br><br> **STIPULATION AND [PROPOSED] ORDER ADJUSTING BRIEFING SCHEDULE** |

Pursuant to Civil Local Rules 6-2 and 7-12, the Center for Biological Diversity, *et al.* ("Plaintiffs") the United States Fish and Wildlife Service, *et al.* ("Defendants") and, Siskiyou County, *et al.*, ("Defendant Intervenors") hereby stipulate to and jointly request an order extending the deadlines in the above captioned case, as previously set by this Court's March 23, 2016 Order (ECF No. 48). The parties request that this Court modify the existing scheduling order and modify the case deadlines as follows:

| Deadline | Current date | New date |
|---|---|---|
| Defendants' combined opposition and cross-motion for summary judgment. | September 28, 2016 | October 17, 2016 |
| Defendant-intervenors' combined opposition and cross-motion for summary judgment. | September 28, 2016 | October 17, 2016 |
| Plaintiffs' combined opposition/reply. | November 16, 2016 | December 5, 2016 |
| Defendants' reply. | December 21, 2016 | December 23, 2016 |
| Defendant-intervenors' reply. | December 21, 2016 | December 23, 2016 |
| Hearing on the parties' motions for summary judgment. | January 26, 2017, at 2:00 p.m. | January 26, 2017, at 2:00 p.m. (no change) |

In support of this Stipulation the parties state as follows:

1. Undersigned counsel for federal defendants has been unexpectedly required to present oral argument in two other matters on August 30 and September 29, 2016.

2. Defendant-intervenors' undersigned lead counsel is also lead counsel for proposed intervenors in a matter recently filed in the Eastern District of Washington, where a motion for preliminary injunction was unexpectedly filed September 6, 2016 and has been set for hearing October 3, 2016.  Additionally, while the previous briefing schedule accommodated expected paternity leave for defendant-intervenors' counsel, that paternity leave unexpectedly extended a week later than previously anticipated.

3. The above obligations interfere with defendants' and intervenors' counsels' preparation of their opening briefs in this matter, and a brief extension of the opening brief deadline, from September 28 to October 17, would ensure there is sufficient time for counsel to prepare the briefing.

4. Additionally, the parties have agreed to extend plaintiffs' reply deadline in order to accommodate the extension to defendants' and defendant-intervenors' briefing, and to extend the deadline for defendants' and defendant-intervenors' replies by two days.

5. If approved, this Stipulation would have no effect on the hearing presently scheduled for January 26, 2017, at 2:00 p.m.

6. The parties have jointly requested one previous continuance of the briefing schedule, which the Court granted in its Order of June 1, 2016 (ECF No. 51).

Accordingly, the parties request the Court approve this Stipulation, and enter the proposed changes to the briefing and hearing schedule.

Respectfully submitted this 13th day of September, 2016.

JOHN C. CRUDEN,
Assistant Attorney General
Environment & Natural Resources Division
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

*/s/ Nicole M. Smith (by LEF, as authorized 9/13/16)*
NICOLE M. SMITH
Trial Attorney CA Bar Number 303629
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 305-0368
Fax: (202) 305-0275

*Attorneys for Defendants*

*/s/ Gregory C. Loarie (by LEF, as authorized 9/13/16)*
GREGORY C. LOARIE
gloarie@earthjustice.org
TAMARA T. ZAKIM

tzakim@earthjustice.org
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000
Fax: (415) 217-2040
*Attorneys for Plaintiffs*

*/s/ Lawson E. Fite*
Lawson E. Fite (Ore. Bar #055573), *Pro Hac Vice*
American Forest Resource Council
5100 S.W. Macadam, Suite 350
Portland, Oregon 97239
Telephone: (503) 222-9505
Fax: (503) 222-3255
lfite@amforest.org
*Attorney for Defendant-Intervenors*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: September 14, 2016

Hon. John S. Tigar
United States District Judge