IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CENTER FOR BIOLOGICAL DIVERSITY, et al.,

    Plaintiffs,

    vs.

U.S. FISH & WILDLIFE SERVICE, et al.,

    Defendants,

    and

SISKIYOU COUNTY, et al.,

    Defendant Intervenors.

Case No.: 3:15-cv-05754-JST

**[PROPOSED] STIPULATED ORDER REGARDING REMEDY**

WHEREAS, this Court ordered the parties to file a proposed stipulated order setting a deadline of October 1, 2018 for a revised 12-month finding for the coastal marten in accordance with section 4(b)(3)(B) of the Endangered Species Act ("ESA"), 16 U.S.C. § 1533(b)(3)(B);

WHEREAS, Defendants' and Defendant-Intervenors' understanding is that this stipulated order shall have no effect on Defendants' and Defendant-Intervenors' right to timely appeal this Court's March 28, 2017, Order Re: Summary Judgment (ECF Doc. 64);

WHEREAS, Defendants' understanding is that this stipulated order shall not be interpreted as, or constitute a commitment or requirement that Defendants are obligated to spend funds in violation of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other law or regulation;

| | |
|---|---|
| 1 | NOW THEREFORE, it is hereby STIPULATED AND ORDERED: |
| 2 | The United States Fish and Wildlife Service's April 7, 2015, finding that the coastal marten |
| 3 | does not warrant listing as a threatened or endangered species under the ESA is hereby set aside and |
| 4 | remanded for reconsideration consistent with the Court's March 28, 2017, Order Re: Summary |
| 5 | Judgment (ECF Doc. 64). By no later than October 1, 2018, Defendants shall submit for publication |
| 6 | in the Federal Register a revised 12-month finding for the coastal marten in accordance with section |
| 7 | 4(b)(3)(B) of the ESA, 16 U.S.C. § 1533(b)(3)(B). |
| 8 | IT IS SO STIPULATED. |

STACEY P. GEIS (CA Bar No. 181444)
sgeis@earthjustice.org

Dated: May 3, 2017    /s/ Gregory C. Loarie
GREGORY C. LOARIE
gloarie@earthjustice.org
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000
Fax: (415) 217-2040

*Attorneys for Plaintiffs*

JEFFREY H. WOOD, Acting Assistant Attorney General
Environment & Natural Resources Division
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

Dated: May 3, 2017    /s/ Nicole M. Smith
NICOLE M. SMITH, Trial Attorney
CA Bar Number 303629
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0368
Facsimile: (202) 305-0275
Email: nicole.m.smith@usdoj.gov

*Attorneys for Federal Defendants*

Dated: May 3, 2017    /s/ Lawson E. Fite
Lawson E. Fite (Ore. Bar #055573)
*Pro Hac Vice*
American Forest Resource Council

5100 S.W. Macadam, Suite 350
Portland, Oregon 97239
Telephone: (503) 222-9505
Fax: (503) 222-3255
lfite@amforest.org

Dennis L. Porter (SBN 67176)
Attorney at Law
8120 36th Avenue
Sacramento, California 95824-2304
Telephone: (916) 381-8300
Fax: (916) 381-8726
dlporter2@yahoo.com

*Attorneys for Defendant-Intervenors*

IT IS SO ORDERED.

Dated: May 3, 2017

_____
Hon. Jon S. Tigar
United States District Court Judge