STACEY P. GEIS (CA Bar No. 181444)
sgeis@earthjustice.org
GREGORY C. LOARIE (CA Bar No. 215859)
gloarie@earthjustice.org
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000
Fax: (415) 217-2040

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Case No.: 3:15-cv-05754-JST |
| Plaintiffs, | **STIPULATED REQUEST TO EXTEND TIME TO FILE MOTION FOR ATTORNEYS' FEES** |
| vs. | |
| U.S. FISH & WILDLIFE SERVICE, et al., | **and** |
| Defendants, | **[PROPOSED] ORDER** |
| and | (Civ. L.R. 6-2) |
| SISKIYOU COUNTY, et al., | |
| Defendant Intervenors. | |

WHEREAS, the parties anticipate that the Court will enter judgment pursuant to Federal Rule of Civil Procedure 58 in the above-entitled case in accordance with the Court's March 28, 2017, Order re: Summary Judgment (ECF Doc. 64) and May 3, 2017, Stipulated Order Regarding Remedy (ECF Doc. 71);

WHEREAS, section 11(g)(4) of the Endangered Species Act, 16 U.S.C. § 1540(g)(4), provides that the Court "may award costs of litigation (including reasonable attorney and expert witness fees) to any party, whenever the court determines such award is appropriate;"

WHEREAS, consistent with Federal Rule of Civil Procedure 54(d)(2)(B)(i), Civil Local Rule 54-5(a) provides, "[u]nless otherwise ordered by the Court after a stipulation to enlarge time under

Civil L.R. 6-2 . . . motions for awards of attorney's fees by the Court must be served and filed within 14 days of entry of judgment by the District Court;"

WHEREAS, upon entry of judgment, Plaintiffs and Federal Defendants wish to meet and confer in an attempt to resolve any claim for reasonable attorneys' fees incurred in connection with this litigation without further expenditure of judicial resources;

WHEREAS, if Federal Defendants or Defendant-Intervenors elect to file an appeal in this case, the parties agree that any claim for reasonable attorneys' fees should be resolved after the conclusion of any and all appeals in this case;

WHEREAS, if Federal Defendants and Defendant-Intervenors do not pursue an appeal, the parties anticipate that it will take at least 60 days after the deadline to appeal has expired to complete their negotiations regarding any claim for reasonable attorneys' fees, and, if an agreement in principle is reached, to draft settlement documents and obtain the necessary approvals from officials within the Department of Interior and the Department of Justice;

WHEREAS, the parties have not sought any prior modifications of any post-judgment deadlines in this case;

NOW THEREFORE, the parties, by and through their undersigned counsel of record, hereby stipulate and request that the deadline to file a motion for an award of attorneys' fees under 16 U.S.C. § 1540(g)(4) be extended until either: (1) 120 days after the Court's entry of judgment, provided no party files a timely notice of appeal; or (2) 60 days after the conclusion of any and all appeals, whichever is later.

Respectfully submitted,

STACEY P. GEIS (CA Bar No. 181444)
sgeis@earthjustice.org

Dated:  May 11, 2017         /s/ Gregory C. Loarie
GREGORY C. LOARIE
gloarie@earthjustice.org
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000 / Fax: (415) 217-2040

*Attorneys for Plaintiffs*

|  |  |
|---|---|
|  | JEFFREY H. WOOD<br>Acting Assistant Attorney General<br>SETH M. BARSKY, Chief<br>MEREDITH L. FLAX, Assistant Chief |
| Dated: May 11, 2017 | /s/ Nicole M. Smith<br>NICOLE M. SMITH, Trial Attorney<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Wildlife & Marine Resources Section<br>Ben Franklin Station, P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Tel: (202) 305-0368 / Fax: (202) 305-0275<br>Email: nicole.m.smith@usdoj.gov<br><br>*Attorneys for Federal Defendants* |
| Dated: May 11, 2017 | /s/ Lawson E. Fite<br>Lawson E. Fite (Ore. Bar #055573)<br>*Pro Hac Vice*<br>American Forest Resource Council<br>5100 S.W. Macadam, Suite 350<br>Portland, Oregon 97239<br>Telephone: (503) 222-9505<br>Fax: (503) 222-3255<br>lfite@amforest.org<br><br>Dennis L. Porter (SBN 67176)<br>Attorney at Law<br>8120 36th Avenue<br>Sacramento, California 95824-2304<br>Telephone: (916) 381-8300<br>Fax: (916) 381-8726<br>dlporter2@yahoo.com<br><br>*Attorneys for Defendant-Intervenors* |

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. Any motion for an award of attorneys' fees incurred in this case under 16 U.S.C. § 1540(g)(4) shall be filed either: (1) 120 days after the Court's entry of judgment, provided no party files a timely notice of appeal; or (2) 60 days after the conclusion of any and all appeals, whichever is later.

Dated: May 12, 2017

Hon. Jon S. Tigar
United States District Court Judge