1  STACEY P. GEIS (CA Bar No. 181444)
   sgeis@earthjustice.org
2  GREGORY C. LOARIE (CA Bar No. 215859)
   gloarie@earthjustice.org
3  EARTHJUSTICE
   50 California Street, Suite 500
4  San Francisco, CA 94111
   Tel: (415) 217-2000
5  Fax: (415) 217-2040

6  *Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Case No.: 3:15-cv-05754-JST |
| Plaintiffs, | **SECOND STIPULATED REQUEST TO EXTEND TIME TO FILE MOTION FOR ATTORNEYS' FEES** |
| vs. | |
| U.S. FISH & WILDLIFE SERVICE, et al., | **and** |
| Defendants, | **[PROPOSED]** **ORDER** |
| and | (Civ. L.R. 6-2) |
| SISKIYOU COUNTY, et al., | |
| Defendant Intervenors. | |

WHEREAS, by stipulated order dated May 12, 2017 (ECF Doc. 73), this Court extended the deadline for Plaintiffs to file a motion for an award of the attorneys' fees and costs incurred in this case until 60 days after the conclusion of any and all appeals;

WHEREAS, on October 26, 2017, the Court of Appeals granted Defendants' motion for voluntary dismissal of their appeal in this case and returned mandate to this Court;

WHEREAS, all appeals having been concluded, Plaintiffs motion for attorneys' fees and costs is currently due on or before December 25, 2017;

WHEREAS, by letter dated October 27, 2017, Plaintiffs provided Defendants with an offer to settle their claim for attorneys' fees and costs;

WHEREAS, Plaintiffs and Defendants wish to engage in good faith negotiations in an effort to settle Plaintiffs' claim for attorneys' fees without further expenditure of judicial resources;

WHEREAS, Defendants are still in the process of reviewing Plaintiffs' offer of settlement and require additional time to prepare a response regarding the payment of reasonable attorneys' fees and costs in the matter;

WHEREAS, if the parties reach an agreement in principle, the proposed sixty-day extension would also enable the parties to draft settlement documents and obtain the necessary approvals from official within the Department of Justice and the Department of Interior;

NOW THEREFORE, the parties, by and through their undersigned counsel of record, hereby stipulate and request that the December 25, 2017 deadline for Plaintiffs to file a motion for an award of attorneys' fees under 16 U.S.C. § 1540(g)(4) be extended by 60 days, to February 23, 2018.

Respectfully submitted,

STACEY P. GEIS (CA Bar No. 181444)
sgeis@earthjustice.org

Dated: Dec. 1, 2017

/s/ Gregory C. Loarie
GREGORY C. LOARIE
gloarie@earthjustice.org
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000 / Fax: (415) 217-2040

*Attorneys for Plaintiffs*

JEFFREY H. WOOD
Acting Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

Dated: Dec. 1, 2017

/s/ Nicole M. Smith
NICOLE M. SMITH, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0368 / Fax: (202) 305-0275
Email: nicole.m.smith@usdoj.gov

*Attorneys for Federal Defendants*

Dated: Dec. 1, 2017

/s/ Lawson E. Fite
Lawson E. Fite (Ore. Bar #055573)
*Pro Hac Vice*
American Forest Resource Council
5100 S.W. Macadam, Suite 350
Portland, Oregon 97239
Tel: (503) 222-9505 / Fax: (503) 222-3255
lfite@amforest.org

Dennis L. Porter (SBN 67176)
Attorney at Law
8120 36th Avenue
Sacramento, California 95824-2304
Telephone: (916) 381-8300
Fax: (916) 381-8726
dlporter2@yahoo.com

*Attorneys for Defendant-Intervenors*

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. The deadline for Plaintiffs to file a motion for an award of attorneys' fees under 16 U.S.C. § 1540(g)(4) is extended to February 23, 2018.

Dated: December 4, 2017

Hon. Jon S. Tigar
United States District Court Judge