STACEY P. GEIS (CA Bar No. 181444)
sgeis@earthjustice.org
GREGORY C. LOARIE (CA Bar No. 215859)
gloarie@earthjustice.org
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000
Fax: (415) 217-2040

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Case No.: 3:15-cv-05754-JST |
| Plaintiffs, | **THIRD STIPULATED REQUEST TO EXTEND TIME TO FILE MOTION FOR ATTORNEYS' FEES** |
| vs. | |
| U.S. FISH & WILDLIFE SERVICE, et al., | **and** |
| Defendants, | **[PROPOSED] ORDER** |
| and | (Civ. L.R. 6-2) |
| SISKIYOU COUNTY, et al., | |
| Defendant Intervenors. | |

WHEREAS, by stipulated order dated December 4, 2017 (ECF Doc. 82), the deadline for Plaintiffs to file a motion for attorneys' fees and costs in this case is currently February 23, 2018;

WHEREAS, Plaintiffs and Defendants have exchanged written offers of settlement;

WHEREAS, Plaintiffs and Defendants require additional time to continue their good faith settlement negotiations;

WHEREAS, if Plaintiffs and Defendants reach an agreement in principle, the extension proposed below would enable them to draft settlement documents and obtain the necessary approvals from officials within the Department of Justice and the Department of Interior;

NOW, THEREFORE, the parties, by and through their undersigned counsel of record, stipulate and request that the February 23, 2018, deadline for Plaintiffs to file a motion for an award of fees and costs under 16 U.S.C. § 1540(g)(4) be extended by 60 days, to April 24, 2018.

Respectfully submitted,

STACEY P. GEIS (CA Bar No. 181444)
sgeis@earthjustice.org

Dated: Jan. 31, 2018          /s/ Gregory C. Loarie
GREGORY C. LOARIE
gloarie@earthjustice.org
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000 / Fax: (415) 217-2040

*Attorneys for Plaintiffs*

JEFFREY H. WOOD
Acting Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

Dated: Jan. 31, 2018          /s/ Nicole M. Smith
NICOLE M. SMITH, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0368 / Fax: (202) 305-0275
Email: nicole.m.smith@usdoj.gov

*Attorneys for Federal Defendants*

Dated: Jan. 31, 2018          /s/ Lawson E. Fite
Lawson E. Fite (Ore. Bar #055573)
*Pro Hac Vice*
American Forest Resource Council
5100 S.W. Macadam, Suite 350
Portland, Oregon 97239
Tel: (503) 222-9505 / Fax: (503) 222-3255
lfite@amforest.org

*Attorney for Defendant-Intervenors*

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The deadline for Plaintiffs to file a motion for an award of attorneys' fees and other expenses under 16 U.S.C. § 1540(g)(4) is extended to April 24, 2018.

Dated: January 31, 2018

_____
Hon. Jon S. Tigar
United States District Court Judge