STACEY P. GEIS (CA Bar No. 181444)
sgeis@earthjustice.org
GREGORY C. LOARIE (CA Bar No. 215859)
gloarie@earthjustice.org
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000
Fax: (415) 217-2040

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br> Plaintiffs, <br> vs. <br> U.S. FISH & WILDLIFE SERVICE, et al., <br> Defendants, <br> and <br> SISKIYOU COUNTY, et al., <br> Defendant Intervenors. | Case No.: 3:15-cv-05754-JST <br><br> **FOURTH STIPULATED REQUEST TO EXTEND TIME TO FILE MOTION FOR ATTORNEYS' FEES** <br><br> **and** <br><br> **ORDER** <br><br> (Civ. L.R. 6-2) |

WHEREAS, by stipulated order dated January 31, 2018 (ECF Doc. 84), the deadline for Plaintiffs to file a motion for attorneys' fees and costs in this case is currently April 24, 2018;

WHEREAS, Plaintiffs and Defendants have reached an agreement in principle for settlement of Plaintiffs' claim for attorneys' fees and costs incurred in connection with this litigation;

WHEREAS, Defendants require additional time to obtain the necessary approvals for the settlement agreement from within the Department of Justice and the Department of Interior,

NOW, THEREFORE, the parties, by and through their undersigned counsel of record, stipulate and request that the April 24, 2018, deadline for Plaintiffs to file a motion for an award of fees and costs under 16 U.S.C. § 1540(g)(4) be extended by 45 days, to June 8, 2018.

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | STACEY P. GEIS (CA Bar No. 181444)<br>sgeis@earthjustice.org |
| 3 | | |
| 4 | Dated: March 28, 2018 | /s/ Gregory C. Loarie<br>GREGORY C. LOARIE |

Respectfully submitted,

STACEY P. GEIS (CA Bar No. 181444)
sgeis@earthjustice.org

Dated: March 28, 2018

/s/ Gregory C. Loarie
GREGORY C. LOARIE
gloarie@earthjustice.org
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000 / Fax: (415) 217-2040

*Attorneys for Plaintiffs*

JEFFREY H. WOOD
Acting Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

Dated: March 28, 2018

/s/ Nicole M. Smith
NICOLE M. SMITH, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0368 / Fax: (202) 305-0275
Email: nicole.m.smith@usdoj.gov

*Attorneys for Federal Defendants*

Dated: March 28, 2018

/s/ Lawson E. Fite
Lawson E. Fite (Ore. Bar #055573)
*Pro Hac Vice*
American Forest Resource Council
5100 S.W. Macadam, Suite 350
Portland, Oregon 97239
Tel: (503) 222-9505 / Fax: (503) 222-3255
lfite@amforest.org

*Attorney for Defendant-Intervenors*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The deadline for Plaintiffs to file a motion for an award of attorneys' fees and other expenses is extended to June 8, 2018. The Court will not entertain further requests for extensions.

Dated: March 28, 2018

Hon. Jon S. Tigar
United States District Court Judge