STACEY P. GEIS (CA Bar No. 181444)
sgeis@earthjustice.org
GREGORY C. LOARIE (CA Bar No. 215859)
gloarie@earthjustice.org
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000
Fax: (415) 217-2040

*Counsel for Plaintiffs*

JEFFREY H. WOOD, Acting Assistant Attorney General
Environment & Natural Resources Division
NICOLE M. SMITH, Trial Attorney (CA Bar 303629)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0368
Facsimile: (202) 305-0275
Email: nicole.m.smith@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Case No.: 3:15-cv-05754-JST |
| Plaintiffs, | **STIPULATED FEE AGREEMENT** |
| vs. | **and** |
| U.S. FISH & WILDLIFE SERVICE, et al., | **[PROPOSED] ORDER** |
| Defendants, | |
| and | |
| SISKIYOU COUNTY, et al., | |
| Defendant Intervenors. | |

This Stipulated Settlement Agreement ("Agreement") is entered into by and between Plaintiffs Center for Biological Diversity and Environmental Protection Information Center (collectively, "Plaintiffs"), and the United States Fish and Wildlife Service ("FWS"), Ryan K. Zinke, in his official capacity as Secretary of the Interior, and Greg Sheehan, in his official capacity as Principal Deputy Director of the United States Fish and Wildlife Service (collectively, "Defendants") who, by and through their undersigned counsel, state as follows:

WHEREAS, on December 16, 2015, Plaintiffs filed *Center for Biological Diversity, et al.*, v. *U.S. Fish and Wildlife Service, et al.*, 3:15-cv-05754-JST, alleging, among other things that FWS had failed to consider the best available scientific and commercial information in concluding that the coastal marten did not warrant listing under the Endangered Species Act ("ESA");

WHEREAS, on December 23, 2016, the parties concluded summary judgment briefing;

WHEREAS, on March 28, 2017, this Court granted Plaintiffs' motion for summary judgment in part and denied Defendants' motion for summary judgment;

WHEREAS, this Court entered final judgment for Plaintiffs on May 22, 2017;

WHEREAS, Defendants filed a notice of appeal to the Ninth Circuit on July 21, 2017;

WHEREAS, on October 26, 2017, the Court of Appeals granted Defendants' motion for voluntary dismissal of their appeal in this case and returned mandate to this Court;

WHEREAS, all appeals having been concluded, Plaintiffs motion for attorneys' fees and costs is currently due on or before June 8, 2018 (Dkt. 86);

WHEREAS, by letter dated October 27, 2017, Plaintiffs provided Defendants with an offer to settle their claim for attorneys' fees and costs;

WHEREAS, the parties believe it is in the interests of the parties and of judicial economy to avoid litigating a fees motion;

WEHERAS, the parties have engaged in good faith, and confidential settlement negotiations concerning Plaintiffs' claims for attorneys' fees and costs and have reached a settlement that they consider to be a just, fair, adequate, and equitable resolution of Plaintiffs' request for attorneys' fees and costs;

WHEREAS, Plaintiffs and Defendants agree that settlement of Plaintiffs' motion for attorneys' fees in this manner is in the public interest and is an appropriate way to resolve the dispute between them;

WHEREAS, the parties enter the Agreement below without any admission of fact or law, or waiver of any claims or defenses, factual or legal, except as specified in the Agreement;

NOW, THEREFORE, Plaintiffs and Defendants hereby stipulate and agree as follows:

1. Defendants agree to pay Plaintiffs Center for Biological Diversity and Environmental Protection Information Center's reasonable attorneys' fees and costs incurred in connection with their complaint and motion for summary judgment, and pursuant to section 11(g) of the ESA, 16 U.S.C. § 1540(g), in the amount of $183,122.66. Plaintiffs agree to accept this amount in full satisfaction of any and all claims, demands, rights, and causes of action for attorneys' fees and costs incurred in connection with the above-captioned litigation pursuant to the ESA, 16 U.S.C. § 1540(g), and/or any other statute and/or common law theory, through and including the date of this agreement. Plaintiffs agree that receipt of this payment from Defendants shall operate as a release of Plaintiffs' claims for attorneys' fees and costs in this matter, through and including the date of this agreement.

2. Plaintiffs' release set forth in paragraph 1 is expressly limited to the above-captioned action and does not apply to any other litigation including, but not limited to, any future litigation regarding any coastal marten listing decision. By this Agreement, Defendants do not waive any right to contest attorneys' fees claimed by Plaintiffs, or their counsel, including hourly rates, in any future litigation, or continuation of the present actions. Further, this Agreement has no precedential value and shall not be used as evidence in any other attorneys' fees litigation.

3. Plaintiffs agree to furnish Defendants with the information necessary to effectuate the payment specified in paragraph 1 above. Defendants agree to submit all necessary paperwork for the processing of the attorneys' fees award to the Department of the Treasury's Judgment Fund Office, pursuant to 16 U.S.C. § 1540(g)(4), within ten (10) days of the receipt of the necessary information from Plaintiffs or the approval of this Agreement by the Court, whichever is later.

Plaintiffs' attorneys agree to send confirmation of the receipt of the payment to counsel for Defendants within 14 days of such payment.

4. Plaintiffs and Defendants agree that this Agreement was negotiated and entered into in good faith and that it constitutes a settlement of claims that were vigorously contested, denied, and disputed. By entering into this Agreement, neither Plaintiffs nor Defendants waive any claim or defense, except as expressly provided herein.

5. No provision of this Agreement shall be interpreted as, or constitutes, a commitment or requirement that Defendants are obligated to spend funds in violation of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other law or regulation.

6. No provision of this Agreement shall be interpreted to or constitute a commitment or requirement that the Defendants take action in contravention of the ESA, the APA, or any other law or regulation, either substantive or procedural.

7. The Agreement contains all of the agreement between Plaintiffs and Defendants, and is intended to be the final and sole agreement between them. Plaintiffs, and Defendants agree that any prior or contemporaneous representations or understanding not explicitly contained in this written Agreement, whether written or oral, are of no further legal or equitable force or effect.

8. The terms of this Agreement shall become effective upon entry of an order by the Court (similar in substance to the attached Proposed Order) approving the Agreement.

9. The undersigned representatives of each party certify that they are fully authorized by the party or parties they represent to agree to the Court's entry of the terms and conditions of the Agreement and do hereby agree to the terms herein.

Respectfully submitted,

JEFFREY H. WOOD
Acting Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

Dated: May 22, 2018

*/s/ Nicole M. Smith*
NICOLE M. SMITH, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division

Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0368 / Fax: (202) 305-0275
Email: nicole.m.smith@usdoj.gov

*Attorneys for Federal Defendants*

STACEY P. GEIS (CA Bar No. 181444)
sgeis@earthjustice.org

Dated: May 22, 2018     */s/ Gregory C. Loarie* (*as authorized May 22, 2018*)
GREGORY C. LOARIE
gloarie@earthjustice.org
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000 / Fax: (415) 217-2040

*Attorneys for Plaintiffs*

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED that the parties' stipulation is APPROVED and ADOPTED. Defendants shall pay Plaintiffs a total of $183,122.66 for attorneys' fees and costs for this lawsuit.

Dated: May 22, 2018

_____
Hon. Jon S. Tigar
United States District Court Judge

5
Stipulated Fee Agreement – No. 3:15-cv-05754-JST